EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Héctor J. Bonilla Calero | 2019 TSPR 22<br><br>201 DPR ____ |

Número del Caso:  TS-14,386


Fecha: 1ro de febrero de 2019


Abogado del Peticionario:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Héctor J. Bonilla Calero

TS-14,386


RESOLUCIÓN


En San Juan, Puerto Rico, a 1 de febrero de 2019.

Examinada la *Moción en cumplimiento de orden y solicitud de reinstalación* presentada por el peticionario, se reinstala al Lcdo. Héctor J. Bonilla Calero al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar a la solicitud de reinstalación y le recordaría al abogado que debe ser más cuidadoso en su interacción con los funcionarios del Tribunal. La Jueza Asociada señora Pabón Charneco no intervino.


Jose Ignacio Campos Pérez
Secretario del Tribunal Supremo